MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:00-cr-5349 AWI |
| Plaintiff, | ORDER RE RESTITUTION AND CORRECTION TO AMENDED JUDGMENT |
| v. | |
| ROBERT JAY CORSAUT, | JUDGE: Hon. Anthony W. Ishii |
| Defendant. | |

**ORDER**

Upon consideration of the motion by the United States to correct the amended judgment (Dkt. No. 91), and good cause having been found:

IT IS HEREBY ORDERED that:

The total amount of restitution due from defendant is $4,385,600 as reflected by the individual amounts due to each victim listed in the List of Victims and Restitution attached to the PSR. The defendant's amended judgment (Dkt. No. 91) shall be deemed to incorporate this Order.

IT IS SO ORDERED.

Dated:   December 10, 2020          _____
                                     SENIOR DISTRICT JUDGE